# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JESSICA L. WISER, | : | |
| Plaintiff, | : | |
| | | Case No. 3:13cv00421 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : | Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #21), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on April 6, 2015 (Doc. #21) is ADOPTED in full;

2. Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Doc. # 19) is GRANTED;

3. The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that Plaintiff's proposed appeal is taken in good faith; and


4. The case remains terminated on the docket of this Court.

April 27, 2015                               *s/Thomas M. Rose

_____
Thomas M. Rose
United States District Judge